IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01870-CMA-MEH

FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver of IndyMac Bank, F.S.B.,

    Plaintiff,

v.

MAC5 MORTGAGE, INC., a Colorado corporation, f/k/a Mac5 Financial, Inc.,
CAPITAL TITLE, LLC, a Colorado limited liability company,
GREAT WEST DEVELOPMENT, a Colorado corporation,
BUILDING LEGACY CONSTRUCTION COMPANY, LLC, a Colorado limited liability company,
PABLO DURAN, an individual, and
SILVIA DURAN, an individual,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 7, 2010.**

    Plaintiff's Motion for Order for Substituted Service on Defendants Pablo Duran, Silvia Duran and Building Legacy Construction Company, LLC [filed October 5, 2010; docket #30] is **granted** as modified. The Plaintiff shall effect service of process on Defendants Pablo Duran, Silvia Duran and Building Legacy Construction Company, LLC as set forth in Plaintiff's motion, and Plaintiff shall ensure that the mailing (or an additional mailing) to the listed residential address is by certified or registered mail. Plaintiff shall file a return of service with this Court reflecting its compliance with this order on or before October 15, 2010.