IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01870-CMA-MEH

FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver of IndyMac Bank, F.S.B.,

      Plaintiff,

v.

MAC5 MORTGAGE, INC., a Colorado corporation, f/k/a Mac5 Financial, Inc.,
CAPITAL TITLE, LLC, a Colorado limited liability company,
GREAT WEST DEVELOPMENT, a Colorado corporation,
BUILDING LEGACY CONSTRUCTION COMPANY, LLC, a Colorado limited liability company,
PABLO DURAN, an individual, and
SILVIA DURAN, an individual,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 17, 2010.**

      The Stipulated Motion for Entry of Protective Order [filed December 9, 2010; docket #40] is **granted** as modified.[1]  The proposed protective order is substantially accepted, and the revised Protective Order is issued contemporaneously with this minute order.

---

[1] Paragraph 19 of the Protective Order is stricken.