IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01870-CMA-MEH

FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver of IndyMac Bank, F.S.B.,

    Plaintiff,

v.

MAC5 MORTGAGE, INC., a Colorado corporation, f/k/a Mac5 Financial, Inc.,
CAPITAL TITLE, LLC, a Colorado limited liability company,
GREAT WEST DEVELOPMENT, a Colorado corporation,
BUILDING LEGACY CONSTRUCTION COMPANY, LLC, a Colorado limited liability company,
PABLO DURAN, an individual, and
SILVIA DURAN, an individual,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 8, 2011.**

    Plaintiff's Unopposed Motion to Modify the Scheduling Order regarding Plaintiff's and Defendants' Expert Disclosures [filed March 7, 2011; docket #56] is **granted**. For good cause shown, the Scheduling Order shall be amended as follows:

| | |
|---|---|
| Initial expert witness designation: | March 15, 2011 |
| Rebuttal expert witness designation: | April 15, 2011 |

All other deadlines and conference dates shall remain the same.