**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-01870-CMA-MEH

FEDERAL DEPOSIT INSURANCE CORPORATION,
AS RECEIVER OF INDYMAC BANK, F.S.B.,,

    Plaintiff,

v.

MAC5 MORTGAGE, INC., f/k/a Mac5 Financial, Inc., a Colorado corporation,
CAPITAL TITLE, LLC, a Colorado limited liability company,
GREAT WEST DEVELOPMENT, a Colorado corporation,
BUILDING LEGACY CONSTRUCTION COMPANY, LLC,
a Colorado limited liability company,
PABLO DURAN, an individual,
SILVIA DURAN, an individual, and
DOES 1 THROUGH 5, inclusive,

    Defendants.

**ORDER OF DISMISSAL WITH PREJUDICE AND
ORDER OF DISMISSAL OF CERTAIN PARTIES WITHOUT PREJUDICE**

    Pursuant to Fed. R. Civ. P. 41 and the Stipulation for Dismissal (Doc. # 60) signed by the attorneys for the parties hereto it is

    ORDERED that Defendants Great West Development, Building Legacy Construction Company, LLC, Pablo Duran and Silvia Duran, who have not appeared in this action, be DISMISSED WITHOUT PREJUDICE.  It is

FURTHER ORDERED that the remaining Defendants MAC5 Mortgage, Inc. and Capital Title, LLC, the Complaint, and this cause of action are hereby DISMISSED WITH PREJUDICE, each party to pay its own costs and attorneys' fees.

DATED: May  25 , 2011

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Court Judge